gust 6th and which Mrs. Strong and Officer O'Neil described to the jury. Thus, in the trial of the charge against defendant, the oral statements did not prove any element of the crime that was not established more strongly by other competent evidence. Therefore, when we compare the overwhelming evidence of defendant's guilt with the evidentiary worth of the testimony concerning defendant's oral statements heard by the jury, we have no hesitancy in declaring beyond a reasonable doubt that admission in evidence of the oral statements without adequate proof of waiver was harmless error. Judgment is affirmed.

Judgment affirmed.

DRUCKER and ENGLISH, JJ., concur.

**People of the State of Illinois, Appellee, v. Sanford Amsterdam, Appellant.**

**Gen. No. 52,955. (Abstract of Decision.)**

First District, Fourth Division.

March 11, 1970.

